United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

EMILY ROBERTSON ETIENNE,

    Plaintiff,

    v.

KAISER FOUNDATION HOSPITAL, *et al.*,

    Defendants.
_____/

No. CV11-02324 LB

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

    On October 28, 2011, Defendant Kaiser Foundation Hospital noticed its motion to dismiss pro se Plaintiff Emily Roberston Etienne's complaint for a hearing on December 15, 2011. Motion, ECF No. 34 at 1.[1] In light of this development, the court **VACATES** the initial case management conference scheduled for November 3, 2011. At the hearing on December 15, 2011, the court will address scheduling issues.

    **IT IS SO ORDERED**.

Dated: October 31, 2011

                                              _____
                                              LAUREL BEELER
                                              United States Magistrate Judge

---

[1]Court filings are identified by their docket number and page on the Electronic Case Filing ("ECF") docket sheet.

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CV11-02324 LB