Deborah J. Broyles  (SBN 167681)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone:	(415) 543-8700
Facsimile:	(415) 391-8269

Attorneys for Defendant
Kaiser Foundation Hospitals

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ROBERTSON ETIENNE,<br><br>             Plaintiff,<br><br>      vs.<br><br>KAISER FOUNDATION HOSPITAL, DR. HANSEN, STEPHEN ESHELMAN, HOPE MCDANIELS, NCHALE HENDERSON, JOELYN, RN, NANCY, RN, JAMES RN,<br><br>             Defendant(s). | Case No.    11-CV-02324-LB<br><br>[**PROPOSED**] ORDER GRANTING DEFENDANT KAISER FOUNDATION HOSPITALS' ADMINISTRATIVE MOTION FOR AN ORDER REMOVING PLAINTIFF'S SETTLEMENT CONFERENCE STATEMENT FROM THE PUBLIC RECORD<br><br>[Civil L.R. 7-11] |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court having reviewed Defendant Kaiser Foundation Hospitals' Administrative Motion requesting an Order Removing Plaintiff's Settlement Conference Statement from the Public Record and the Declaration of Tiffany Renee Thomas ("Thomas Decl.") filed in support thereof, and having considered the matters raised therein and for good cause showing, hereby ORDERS as follows: Defendants' administrative motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to take all steps necessary to withdraw Plaintiff's Settlement Conference Statement [Doc. 72] from the Court's files and the online docket.

**SO ORDERED.**

DATED: May 23, 2012

_____
Hon. Laurel Beeler
United States Magistrate Judge