Deborah J. Broyles (SBN 167681)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
Kaiser Foundation Hospitals

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ROBERTSON ETIENNE,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITAL, DR. HANSEN, STEPHEN ESHELMAN, HOPE MCDANIELS, NCHALE HENDERSON, JOELYN, RN, NANCY, RN, JAMES RN,<br><br>Defendant(s). | Case No.   11-CV-02324-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KAISER FOUNDATION HOSPITALS' ADMINISTRATIVE MOTION FOR RELIEF FROM EXPEDITED DISCOVERY PROCEDURES**<br><br>**[Civil L.R. 7-11]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court having reviewed Defendant Kaiser Foundation Hospitals' ("Kaiser") Administrative Motion requesting leave to file a case management statement on behalf of Kaiser and relief from this Court's expedited discovery procedure and the Declaration of Tiffany Renee Thomas ("Thomas Decl.") filed in support thereof, and having considered the matters raised therein and for good cause showing, hereby ORDERS as follows:  Defendants' administrative motion is GRANTED.

IT IS FURTHER ORDERED that Kaiser is permitted to file an updated case management statement on its own behalf.

IT IS FURTHER ORDERED that Kaiser is permitted to file a letter not to exceed three pages with the Court setting forth its position with respect to the parties' discovery dispute pursuant to the Court's Standing Order at Paragraph C(8) without the participation of Pro Se Plaintiff Emily Robertson Etienne ("Plaintiff").  If any letter is filed, Ms. Etienne shall have 7 days to file a response letter that shall not exceed thre pages. The court's rules and its standing order about discovery disputes otherwise continue to apply.

**SO ORDERED.**

DATED: June 5, 2012

_____
Laurel Beeler
United States Magistrate Judge