UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| EMILY ROBERTSON ETIENNE,<br><br>   Plaintiff,<br><br>   v.<br><br>KAISER FOUNDATION HOSPITAL, *et al.*,<br><br>   Defendants.<br>_____/ | No. C 11-02324 LB<br><br>**ORDER TO SHOW CAUSE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

On August 9, 2012 the case settled. *See* ECF No. 89. On August 27, 2012, Plaintiff failed to appear for a telephonic settlement conference that presumably was set to finalize the filing of the dismissal documents. *See* Minute Order, ECF No. 92. Plaintiff did not appear. *See id.*

The court orders Ms. Etienne to appear in court in person on **September 6, 2012**, at **10:30 a.m.** to show cause why she did not appear for the settlement call. The court asks Defendant to appear to (and to bring whatever documents might be necessary to finalize the settlement terms, including any dismissal papers). If Defendant notifies the court that the parties have resolved whatever is at issue, the court will vacate the September 6th hearing.

The court sets a further hearing for **September 20, 2012**, at **10:30 a.m.**

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02324 LB
ORDER