Deborah J. Broyles (SBN 167681)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant
Kaiser Foundation Hospitals


FILED
SEP 6 2012
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ROBERTSON ETIENNE,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITAL, DR. HANSEN, STEPHEN ESHELMAN, HOPE MCDANIELS, NCHALE HENDERSON, JOELYN, RN, NANCY, RN, JAMES RN,<br><br>Defendant(s). | Case No.   11-CV-02324-LB<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL |

1  The parties, through their respective undersigned counsel, hereby stipulate pursuant to Fed.
2  R. Civ. P. 41(a)(1) that: (1) all claims for relief asserted against KAISER FOUNDATION
3  HOSPITALS, erroneously sued herein as "Kaiser Foundation Hospital by EMILY ROBERTSON
4  ETIENNE herein are dismissed with prejudice; and (2) all attorneys' fees, costs of court and
5  expenses shall be borne by each party incurring the same.

DATED: 9/6/12

REED SMITH, LLP

By: _____
Deborah J. Broyles
Tiffany Renee Thomas
Attorneys for Defendants Kaiser Foundation Hospitals

DATED: 9/6/12

By: _____
Pro Se Plaintiff

1  UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby
2  ORDERED, ADJUDGED and DECREED that: (1) all claims for relief asserted against KAISER
3  FOUNDATION hospitals by EMILY ROBERTSON ETIENNE herein are dismissed with prejudice;
4  and (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the
5  same.

7  IT IS SO ORDERED.

9  DATED: September 6, 2012          By: _____
                                          Hon. Laurel Beeler
                                          United States Magistrate Judge